# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0770.  LAVAR FERRELL v. THE STATE.**

In 2012, Lavar Ferrell pled guilty to burglary, aggravated assault, hijacking a motor vehicle, and possession of a firearm by a convicted felon.  He later filed a "Motion to Set Aside Judgment," arguing that his lawyer had coerced him into pleading guilty and his indictment was fatally defective.[1]  The trial court denied the motion, and Ferrell appeals.  We, however, lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed.  See id. at 218 (2); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  A direct appeal may lie from an order denying a motion to vacate or correct a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void.  See *Harper*, supra at 217 n.1; *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).

---

[1] In particular, Ferrell asserts that the indictment charged him with hijacking a Ford Mustang, but the vehicle in question actually was a Dodge Charger.

Ferrell does not argue that his sentence is void; instead, he challenges the validity of his convictions. Because Ferrell is not authorized to collaterally attack his convictions in this manner, this appeal is hereby DISMISSED.[2]



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __12/19/2016__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] We note that Ferrell has separately appealed the trial court's denial of his motion to withdraw his guilty plea. That appeal is pending as Case No. A17A0771.